**Order entered September 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01044-CV

**JOSEPH STUMPH, ET AL., Appellants**

**V.**

**CC-TURTLE CREEK, INC., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11015-K**

## ORDER

The parties have filed an agreed clerk's record. The record is not certified by the trial court clerk but was prepared by the parties. Although Texas Rule of Appellate Procedure 34.2 permits the parties to agree on the contents of the appellate record, the rule also provides that, "to request matter to be included in the agreed record, the parties must comply with the procedures in Rules 34.5 and 34.6." *See* TEX. R. APP. P. 34.2. Relevant to the clerk's record, rule 34.5 provides that "any party may file with the trial court clerk a written designation specifying items to be included in the record." *See id.* 34.5(b)(1). Based on rules 34.2 and 34.5, we **STRIKE** the parties' agreed clerk's record and **ORDER** the parties, within ten days of the date of this order, to file with the trial court clerk a written designation specifying the items to be included in the record. *Id.* 34.2, 34.5. We further **ORDER** Dallas County District Clerk Gary Fitzsimmons to

file, within ten days of the filing of the written designation and payment of the clerk's fee, a clerk's record containing the requested items. *See id.* 35.3(a).

/s/     CRAIG STODDART
          JUSTICE